# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

DANNY R. ROBINSON

4:19-cv-0153 SEB-DML

vs

Case Number:

(Full name of defendant(s))

SHEILA HARRISON, ANDRE GARCIA
CHYENNE JARRETT, DAVE THOMAS
JEFFERSON COUNTY, INDIANA

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of __INDIANA__, and is located at
   (State)
   __317 SOUTH WALNUT STREET, MADISON INDIANA 47250__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper):

Attachment One (Complaint) – 1

2.   Defendant DAVE, THOMAS, SHEILA; HARRISON ANDRE, GARCIA CHYENNE JERRETT (Name)

is (if a person or private corporation) a citizen of INDIANA (State, if known)

and (if a person) resides at UNKNOWN (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for JEFFERSON COUNTY JAIL 317 SOUTH WALNUT ST. MADISON INDIANA 47250 (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

DAVE THOMAS AND HIS ADMINISTRATIVE STAFF SHEILA HARRISON ANDRE GARCIA CHYENNE JARRETT JAIL COMMONDOR SHEILA HARRISON CAPTION ANDRE GARCIA LT. CHYENNE JARRETT SHERIFF DAVE THOMAS ON, APRIL, 4/11/2019 I DANNY R. ROBINSON WAS PLACED ME IN ADMINISTRATIVE SEGRAGATION IN THE JEFFERSON COUNTY JAIL, WITH OUT ME RECIEVING A DISCIPLINARY WRITE UP CONDUCT REPORT OR DOING ANYTHING TO BE LABLED AS A SECURITY THREAT,"

ON APRIL 11, 2019 I WAS STRIPPED OF MY CLOTHING. LEGAL AND PERSONAL MAIL, HYGINE, RELIGOUS AFFECTS AND DENIED ALL VISITS, PHONE CALLS, AND EVERYTHING ELES PERMITTED TO THE GERERAL POPULATION, LEGAL, MAIL AND HYGINE WAS DENIED AND HELD FROM ME UNTIL APRIL 4/28/2019 I WENT (18) DAYS WITH NO SOAP TOOTHPASTE OR ANY TYPE OF HYGINE, 18 DAYS WITHOUT MY LEGAL WORK, WHEN I AM CURRENTLY GOING THROUGH PRE-TRIAL, THEY ARE AND STILL ARE ~~IMPEEDING~~ UPON MY RIGHT TO DUE PROCESS WITHELD MY MAIL LEGAL AND PERSONAL UNTIL MAY 23, 2019 AND STILL REFUSE TO ALLOW ME VISITS OR TAKE ME OUT OR OFF OF ADMINISTRATIVE SEGRAGATION FOR NO SUBSTANTIATED REASON, THEY ARE BEING BIASED TOWARDS ME AND DESCRIMINATING ME, ANDRE GARCIA AND CHYENNE JARRETT MOVED A KNOWN MEMBER OF THE KU KIUK KLAN (KKK) INTO A DORM WITH MULTIPLE BLACKS AND HISPANICS

Attachment of Page (3.)

Then when something happens to the KKK member I got included as having a part in it because of my skin color, then Commondor Sheila Harrison Caption Andre Garcia Lt. Chyenne Jarrett Sheriff: Dave Thomas file charge on me for Aiding in a "Battery," Also possession of a cellular telephone in a Penal Facility class A misdemeanor I've never recieving any disciplinary write up conduct report or doing anything to be labled as a security threat, "place me in administrative segragation and label me as a threat to the security of the facility without ever giving me a write up going infront of a disciplinary board. or having any substantiating proof of what I supposedly done I am currently and was a pretrial detainee when this all started. and for them to punish me as they have been and currently are doing violates the due-process clause of the U.S. Constitution. 14th Amendment, Bell v. Wolfish, 5th Amendment, also Rapier v. Harris 172 Wolf v. McDonnell

Attachment of (3.)

ON THIS DATE: ON- 4-17-2019 RACISTS REMARKS FROM Jail "CAMANDOR ANDRE GARCIA EVERYTIME I HAVE CONTACT WITH THEM, REMARK'S LIKE YOU WATERMELON EATING BLACK-ASS - PIECE OF SHIT & CHICKEN EATING PIECE OF BLACK-ASS PIECE OF SHIT. I HAVE WITNESS ABOUT THESE'S REMARKS.

GRIEVANCE

Also THE MAJOR: SHELIA HARRISON & THE SHERIFF DAVE THOMAS KNOWS ABOUT THESES RACISTS REMARKS, DONE NOTHING ABOUT IT, IT'S DISCRIMINATING, MY RIGHTS HAVE BEEN VIOLATED.

ATTACHMENT OF (3.)

ON THIS DATE: ON- 4-17-2019 <u>RACISTS</u> REMARKS FROM JAIL: <u>CAPT. CHYENNE JARRETT</u> EVERYTIME I HAVE CONTACT WITH THEM, REMARKS LIKE YOU WATERMELON EATING BLACK-ASS-PIECE OF SHIT OR YOU CHICKEN EATING PIECE OF BLACK-ASS-PIECE OF SHIT.
<u>I HAVE WITNESS ABOUT THESE'S REMARKS.</u> +

I HAVE <u>GRIEVANCE'S</u>
   TO MAJOR; SHELIA HARRISON + THE SHERIFF DAVE THOMAS, KNOW'S ABOUT THESES <u>RACISTS REMARK'S</u>, DONE NOTHING ABOUT IT, ITS <u>DISCRIMINATING</u>," MY RIGHTS HAVE BEEN <u>VIOLATED</u>

C.  JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 75,000.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

PLEASE THIS HAS TO STOP. I would like FOR THESE'S JAIL STAFF TO BE FIRED, THE SHERIFF DAVE THOMAS, AWFULLY OBSTRUCTION OF JUSTICE, MAJOR SHEILA HARRISON IN VIOLATION. PROFESSIONALY FOR NOT DOING HER JOB, RESPECTABILITY'S, ALSO ANDRE, GARCIA & CHYENNE JARRETT TO BE FIRED", BECAUSE FOR OTHER PEOPLE DON'T HAVE TO GO THROW THIS CRUEL AND UNUAL-PUSHMENT, RACISTS REMARKS", THAT EVERY ONE SHOULD BE TREATED EQUAL AND NOT BE CALLED OUT OF THERE NAMES, THESE'S INDIVIDUALS HAVE VIOLATED THE RULE'S OF PROFESSIONAL-CONDUCT MY RIGHTS HAS BEEN VIOLATED, DISCRIMINATING ISSUES, DANNY R. ROBINSON  *Danny R. Robinson*

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
   OR

☑ Court Trial – I want a judge to hear my case

Dated this __9__ day of __July__ 20__19__.

Respectfully Submitted,

*Danny R. Robinson*
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

JEFFERSON COUNTY
317 S. WALNUT ST. MADISON INDIANA 47250
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5